UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-60218-CR-HURLEY

UNITED STATES OF AMERICA,
    Plaintiff,

v.

JOSUE MARTINEZ-RODRIGUEZ,
    Defendant.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATIONS AND SETTING SENTENCING HEARING

**THIS CAUSE** comes before the court upon written report from the United States Probation Office that the above named defendant violated the conditions of supervision and upon the Report and Recommendations of a United States Magistrate Judge, [DE 35], dated December 30, 2013. Upon consideration, it is

    **ORDERED** and **ADJUDGED** that:

    1. The Magistrate Judge's Report and Recommendations are **adopted**.

    2. A sentencing hearing will be conducted on **Wednesday, January 22, 2014**, at **1:45 p.m.** in Courtroom 5 at the U.S. Courthouse, 701 Clematis Street, West Palm Beach, Florida.

    **DONE** and **SIGNED** in Chambers at West Palm Beach, Florida this 17th day of January, 2014.

**copy furnished:**
AUSA Jennifer A. Keene
AFPD Jan C. Smith, II
United States Marshal's Service
United States Probation Office

                                                  Daniel T. K. Hurley
                                        United States District Judge